United States District Court
For the Northern District of California

\*E-FILED:  May 24, 2012\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE HOD CARRIERS LOCAL 166 SOUTH BAY PENSION FUND, MONEY PENSION PLAN, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; AND HOD CARRIERS LOCAL 166 WEST BAY CONSOLIDATED PENSION FUND, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; and HOD CARRIERS LOCAL UNION #166, <br><br>           Plaintiffs,<br>   v.<br><br>LA PAZ STUCCO & PLASTERING, INC., a California Corporation,<br><br>           Defendant.<br>_____ / | No. C12-00922 HRL<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR CONTINUANCE**<br><br>**[Re:   Docket No. 9]** |

In view of the pending settlement of this action, plaintiffs' request for a continuance is granted, and this matter is set for a status conference on June 26, 2012, 1:30 p.m.

SO ORDERED.

Dated: May 24, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-00922-HRL Notice has been electronically mailed to:

Sue Campbell    suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com