SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

**\*E-FILED: June 25, 2012\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE HOD CARRIERS LOCAL 166 SOUTH BAY PENSION FUND, MONEY PENSION PLAN, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; AND HOD CARRIERS LOCAL 166 WEST BAY CONSOLIDATED PENSION FUND, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; and HOD CARRIERS LOCAL UNION #166<br><br>Plaintiffs,<br><br>vs.<br><br>LA PAZ STUCCO & PLASTERING, INC., A California Corporation<br><br>Defendants.<br>_____ | CASE NO.: CV12-00922 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: June 26, 2012<br>Time: 1:30 P.M.<br>Place: Courtroom 2, 5th Floor<br><br>**[Re: Docket No. 11]** |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Default was entered on March 30, 2012. The case has settled and settlement documents are pending signature from Defendant.

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until August 21, 2012. A settlement has been reached. Plaintiffs sent settlement documents to Defendant on June 8, 2012. As of June 22, 2012, the settlement documents have not been returned. If settlement documents are not returned within 14 days, Plaintiffs plan to file a motion for default judgment. Therefore, Plaintiffs request that the case be continued until August 21, 2012, for another Case Management Conference.

Respectfully submitted,

Dated: June 22, 2012          /S/_____
                              SUE CAMPBELL
                              Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to August 21, 2012, at 1:30 P.M., in Courtroom 2, 5th Floor. Plaintiff will file an update and proposed action ~~ten~~ seven (7) days prior to the Case Management Conference.

Dated: _____June 25, 2012_____          _____
                              MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
                              HOWARD R. LLOYD

**Law Office of Sue Campbell**
**1155 N. First St, Ste. 218**
**San Jose, CA 95112**

2

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. CV12-00922 HRL