*E-FILED: August 15, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE HOD CARRIERS LOCAL 166 SOUTH BAY PENSION FUND, MONEY PENSION PLAN, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; AND HOD CARRIERS LOCAL 166 WEST BAY CONSOLIDATED PENSION FUND, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; AND HOD CARRIERS LOCAL UNION #166,<br><br>        Plaintiffs,<br>  v.<br><br>LA PAZ STUCCO & PLASTERING, INC.,<br><br>        Defendant.<br>_____/ | No. C12-00922 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff has moved for entry of default judgment. Because not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear the matter. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

SO ORDERED.

Dated: August 15, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-00922-HRL Notice has been electronically mailed to:

Sue Campbell    suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com