UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE HOD CARRIERS LOCAL 166 SOUTH BAY PENSION FUND, MONEY PENSION PLAN, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; AND HOD CARRIERS LOCAL 166 WEST BAY CONSOLIDATED PENSION FUND, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; AND HOD CARRIERS LOCAL UNION #166,<br><br>Plaintiffs,<br><br> v.<br><br>LA PAZ STUCCO & PLASTERING, INC., a California corporation,<br><br>Defendant. | Case No.  5:12-cv-00922 EJD (HRL)<br><br>**ORDER VACATING JUDGMENT DEBTOR EXAM** |

Plaintiffs having advised that they were unable to serve defendant with the order setting a judgment debtor exam (Dkt. 23), the March 18, 2014 judgment debtor exam is vacated.

**SO ORDERED**.

Dated:   March 17, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-00922-EJD Notice has been electronically mailed to:

Sue Campbell    suecampbell@att.net, matthew@campbelltrustlaw.com, sue@campbelltrustlaw.com