Lois H. Chang, State Bar No. 278146
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel.   (415) 677-9440
Fax   (415) 677-9445
Email: Lchang@neyhartlaw.com
**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| TRUSTEES OF THE HOD CARRIERS LOCAL 166 SOUTH BAY PENSION FUND, MONEY PENSION PLAN, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; AND HOD CARRIERS LOCAL 166 WEST BAY CONSOLIDATED PENSION FUND, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; AND HOD CARRIERS LOCAL UNION NO.166<br><br>Plaintiffs,<br><br>v.<br><br>LA PAZ STUCCO & PLASTERING, INC., a California corporation;<br><br>Defendant. | Case No.   12-cv-00922 EJD (HRL)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL;** [PROPOSED] **ORDER** |

TO THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs BOARD OF TRUSTEES OF THE HOD CARRIERS LOCAL 166 SOUTH BAY PENSION FUND, MONEY PENSION PLAN, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; and BOARD OF TRUSTEES OF THE HOD CARRIERS LOCAL 166 WEST BAY CONSOLIDATED PENSION FUND, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; and HOD CARRIERS LOCAL UNION NO. 166 (hereafter referred to collectively as "Plaintiffs") hereby file this notice of substitution of counsel. Plaintiffs hereby substitute Lois H. Chang and her firm, Neyhart, Anderson, Flynn & Grosboll, APC, in place of and instead of Sue Campbell, as counsel and attorneys of record in this matter.

Plaintiffs' new counsel in this matter and new attorneys of record to whom all notices and papers should be served is:

Lois H. Chang, Esq. (SBN 278146)
NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
369 Pine Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 677-9440
Facsimile: (415) 677-9445
Email: Lchang@neyhartlaw.com

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 12-cv-00922 EJD (HRL)

1

As new counsel of record, the undersigned hereby accepts this substitution:

NEYHART, ANDERSON, FLYNN & GROSBOLL, APC

By: _____  Dated: April 9, 2014
    Lois H. Chang, Esq.

The undersigned hereby agrees to the substitution of Lois H. Chang as new counsel of record:

LAW OFFICE OF SUE CAMPBELL

By: _____  Dated: April 7, 2014
    Sue Campbell, Esq.

BOARD OF TRUSTEES OF THE HOD CARRIERS LOCAL 166 SOUTH BAY PENSION FUND, MONEY PENSION PLAN, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; BOARD OF TRUSTEES OF THE HOD CARRIERS LOCAL 166 WEST BAY CONSOLIDATED PENSION FUND, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; and HOD CARRIERS LOCAL UNION NO. 166

By: _____  Dated: May 6, 2014
    Samuel Robinson
    Business Manager of Hod Carriers Local Union No. 166,
    AFL-CIO, Trustee of Plaintiff Trust Funds, and Authorized Agent of Plaintiffs

[~~PROPOSED~~] ORDER

The substitution of Lois H. Chang of Neyhart, Anderson, Flynn & Grosboll, APC as new counsel of record in this action is so ordered.

Dated: 7/14/2014

_____
Edward J. Davila
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE BY MAIL

I, Judy Dunworth, declare:

I am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the present action. My business address is Neyhart, Anderson, Flynn & Grosboll, APC, located at 369 Pine Street, Suite 800 in San Francisco, CA 94104. On July 14, 2014, I served the within:

**NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

**La Paz Stucco & Plastering, Inc.**
**26 Ellert Street**
**San Francisco, CA 94110**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATE: July 14, 2014

*/s/ JUDY DUNWORTH*

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 12-cv-00922 EJD (HRL)

3